UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CV-38-BR

| | | |
|---|---|---|
| CARLOS A. ALFORD, </br> Plaintiff | ) </br> ) </br> ) | |
| v. | ) </br> ) </br> ) | ORDER |
| W. DEAN PFEIFFER, </br> Defendant | ) </br> ) </br> ) | |

This matter is before the court on *pro se* plaintiff's various motions.

On 22 March 2011, plaintiff was allowed to proceed *in forma pauperis* and file his complaint against defendant Chairman, Board of Corrections, Department of Navy. According to the U.S. Marshal's process receipt and return filed 3 May 2011, defendant was served with the complaint and summons on 31 March 2011. Plaintiff filed a motion for entry of default on 13 April 2011 and has subsequently filed motions for entry of default, default judgment, summary judgment, and "jurisdiction of the court."

Defendant as a governmental officer has 60 days after service to serve an answer or appropriate motion in response to the complaint. See Fed. R. Civ. P. 12(a)(2), (3). Because 60 days have not elapsed since defendant was served, plaintiff's motions are MOOT and DENIED WITHOUT PREJUDICE.

This 18 May 2011.

_____
W. Earl Britt
Senior U.S. District Judge