UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CV-38-BR

| CARLOS A. ALFORD, | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| W. DEAN PFEIFFER, | ) | |
| Defendant. | ) | |

This matter is before the court on *pro se* plaintiff's various motions, namely for entry of default, summary judgment, and default judgment. Plaintiff is not entitled to the relief that he seeks at this time because he has not properly served the United States. Although the named defendant, a governmental officer, was apparently served, (see Process Receipt & Return, DE # 21), the United States has not yet been served as required by Rule 4(i) of the Federal Rules of Civil Procedure. The Clerk is DIRECTED to provide copies of the summons and of the complaint to the U.S. Marshal for service. The U.S. Marshal is DIRECTED to deliver said copies to the United States Attorney for this district and immediately thereafter file the Process Receipt and Return.

Plaintiff's motions are DENIED.

This 12 July 2011.

_____
W. Earl Britt
Senior U.S. District Judge