UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CV-38-BR

| CARLOS A. ALFORD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| W. DEAN PFEIFFER, | ) | |
| Defendant. | ) | |

This matter is before the court on *pro se* plaintiff's multiple motions for summary judgment and motion for default judgment. The government has until 22 November 2011 to file an answer or other response to the complaint. (9/23/11 Order.) Plaintiff's motions are therefore premature and DENIED WITHOUT PREJUDICE.

This 26 September 2011.

_____
W. Earl Britt
Senior U.S. District Judge