UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Carlos A. Alford, | ) | |
|          Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| W. Dean Pfeiffer, | ) | No. 7:11-CV-38-BR |
| | ) | |
|          Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of defendant's motion to dismiss and pro se plaintiff's motion for declaratory and injunctive relief and multiple motions for summary judgment..

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss is ALLOWED, and plaintiff's motions are DENIED AS MOOT. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to close this case.

**This judgment filed and entered on February 21, 2012, and served on:**

Carlos A. Alford (via US Mail at 1404-B Harbour Drive, Wilmington, NC 28401)
Edward D. Gray (via CM/ECF Notice of Electronic Filing)

February 21, 2012                                                       /s/ Dennis P. Iavarone,
                                                                                          Clerk of Court